IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT COURT OF TENNESSEE

| | |
|---|---|
| <u>united states of America</u><br>Respondent<br><br>Vs.<br><br><u>Kenneth Ray White,</u><br>Defendant | RECEIVED<br>IN CLERK'S OFFICE<br>AUG 1 0 2012<br>U. S. DISTRICT COURT<br>MID. DIST. TENN.<br><br>Case number<br><br>Indictment # <u>p0459069</u> |

## MOTION FOR SPEEDY TRIAL OR DISMISSAL

Comes now the Defendant, Kenneth Ray White, Pro Se pursuant to the sixth amendment of the United States Constitution, USCA 18 3161 and hereby moves this Honorable court to Dismiss the Charge/Indictment in the above-styled matter, or in the alternate that the Defendant's Constitutional Right to a speedy trial be invoked and that the case be brought before this Honorable court for dispositions the earliest possible convenience of the court. In support of this motion, the Defendant would respectfully show the following:

1. That an arrest warrant or indictment was issued against the defendant on June 15th 2011 charging the defendant with Possession of Drugs/Marijuana. (see Exhibit A)

2. That the United States Marshal located at:
   110 ninth Ave south A-750 Nashville TN 37202 , placed the active detainer against the defendant. (see also Exhibit A)

3. That the Defendant is incarcerated in the custody of the Tennessee Department Of Corrections. In addition, will continue to be in the custody of the T.D.O.C. for the near future.

4. That the defendant hereby asserts his right to a speedy trial pursuant to the sixth and fourteenth amendment to the United States Constitution, 18 USCA 3161; 18 USCA 3170; &18 USCA 3173.

Furthermore, in **United States v. Marion**, 92 S.Ct. 455 (1971), the supreme court held that the actual restraints imposed by arrest and the act of holding a person to answer a criminal charge engages the particular protection of the speedy trial provision of the Sixth Amendment to the United States Constitution.

Defendant is presently serving a prison sentence in the State Of Tennessee. By virtue of the fact that the Defendant is presently imprisoned and is subject to criminal prosecution in another jurisdiction, Defendant has become the "accused" and is entitled to the guarantees of the Sixth Amendment. See Smith v. Hooey, 89 S.Ct 575 (1969).

Defendant acknowledges that he is ready for this case to proceed to trial immediately and without any delay on his part.

**WHEREFORE, PREMISES CONSIDERED,** The defendant prays that this Honorable Court either dismiss the instant charges, or alternately, order the United states Marshals service to bring the Defendant before this

Honorable Court to begin the Pre-trial process as soon as possible. Also that should this Honorable court proceed to trial, The Defendant request that this Honorable Court will appoint counsel for the Defendant.

                                                     IN IS SO PRAYED.......

                                                     Respectfully Submitted

                                                 *Kenneth Ray White*

Kenneth Ray White, Pro- se   8-1-12
TCIX-MAIN
1499 R.W. Moore Memorial Hwy
Only, TN 37140

# CERTIFICATE OF SERVICE

I, the under signed, hereby certify that I have delivered a true copy of the foregoing document titled _Motion for Speedy Trial or Dismissal_ by U.S. First-Class postage, prepaid to the following:

United States Court Clerk
Office of The Clerk - United States District Court
801 Broadway Room 800
U.S. Courthouse Nashville, TN 37203

U.S. Attorney's Office Middle District
Criminal Division
Criminal Division Chief Jimmie Lynn Ramseur
110 9th Avenue South Suite A 961
Nashville, TN 37203

On this 8 day of August, 2012.

_Kenneth R White_

TOMIS ID:         00323020
OFFENDER NAME:    WHITE, KENNETH R.
ASSIGNED SITE:    CHARLES BASS CORRECTIONAL COMPLEX        UNIT: M11
ACTUAL SITE:      CHARLES BASS CORRECTIONAL COMPLEX        UNIT: M11

SCANNED  2A-119-B

RECEIVED
IN CLERK'S OFFICE

AUG 1 0 2012

U.S. DISTRICT COURT
MID. DIST. TENN.

THIS IS TO NOTIFY YOU THAT EFFECTIVE 06/16/2011, A FEDERAL
DETAINER WAS PLACED.

THIS ACTION IS BASED ON WARRANT NO:              INDICTMENT NO: P0459069
FOR THE OFFENSE OF: POSSES/DRUGS/MARIJUANA.
PRESENT STATUS OF THIS CHARGE: PENDING      AS OF 06/15/2011.

FOR FURTHER INFORMATION REGARDING THE ABOVE ACTION, YOU MAY CONTACT THE
ISSUING AGENCY AS FOLLOWS:

    UNITED STATES MARSHAL
    110 NINTH AVE SOUTH
    A-750
    NASHVILLE, TN  37203
    PHONE: (615)736-5098   FAX NUMBER:

THE ISSUING AGENCY SHOULD ADDRESS ANY QUESTIONS CONCERNING THIS ACTION
TO THE MANAGER OF SENTENCE COMPUTATION SERVICES.  IF THE ISSUING AGENCY
IS IN TENNESSEE, ARRANGEMENTS SHOULD BE MADE FOR THE IMMEDIATE
DISPOSITION OF UNTRIED CHARGES.

SINCERELY,

*J Kimbro,/AP*

MANAGER, SENTENCE COMPUTATION SERVICES

320 SIXTH AVENUE NORTH
RACHEL JACKSON BUILDING
SECOND FLOOR
NASHVILLE, TN  37243-0465

CC:   OFFENDER
      ISSUING AGENCY
      OSS/INSTITUTIONAL FILE

615 7365322

Kenneth R. White 323020 TCIX MAIN
1499. R.W. moore Memorial Hwy
only, TN 37140. 1-B210



RECEIVED
IN CLERK'S OFFICE

AUG 10 2012

U.S. DISTRICT COURT
MID. DIST. TENN

Office of The Clerk
United States District Court
801 Broadway Room 800
U.S. Courthouse
Nashville, TN 37203

"Privileged Legal Mail" "Privileged Legal Mail"



THE DEPARTMENT OF CORRECTION
HAS NEITHER INSPECTED NOR
CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENT
CENTER PRISON