IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KENNETH RAY WHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0819 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Brown |
| | ) | |
| Respondent. | ) | |

### **O R D E R**

On November 28, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 19), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by the respondent United States (Docket No. 7) is **GRANTED**, and the petitioner's Motion For a Speedy Trial Or Dismissal (Docket No. 1), which has been treated as a petition for habeas corpus under 28 U.S.C. § 2243, is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 7th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge